**Charles Dale WAGNER, Appellant,**

v.

**MO. HIGHWAY & TRANSPORTATION COMMISSION, Respondent.**

**No. WD 41348.**

Missouri Court of Appeals,
Western District.

May 23, 1989.

Jeremiah D. Finnegan, Kansas City, for appellant.

Rich Tiemeyer, Chief Counsel, Missouri Highway & Transp. Com'n, Thomas W. Rynard, Asst. Counsel, Jefferson City, for respondent.

Before BERREY, P.J., and
MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Direct appeal from the entry of summary judgment.

The judgment is affirmed. Rule 84.16(b).